United States District Court
Southern District of Texas
**ENTERED**
October 20, 2020
David J. Bradley, Clerk

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
### HOUSTON DIVISION

| | | |
|---|---|---|
| MATTHEW JAMES LEACHMAN, | § § § | |
| Petitioner, | § § | |
| VS. | § § | CIVIL ACTION NO. 4:19-cv-2943 |
| ED GONZALEZ, | § § § | |
| Respondent. | § § § | |

## ORDER OF DISMISSAL

For the reasons set forth in this Court's Memorandum Opinion and Order entered on this date, Leachman's habeas petition is dismissed without prejudice.

SIGNED at Houston, Texas on October 20, 2020.

_____
ALFRED H. BENNETT
UNITED STATES DISTRICT JUDGE

1